THOMAS A. MYERS et al., Respondents, *v.* ROCHESTER AND HONEOYE VALLEY RAILROAD COMPANY, Appellant.

*Myers* v. *R. & H. V. R. R. Co.*, 75 Hun, 612, affirmed.
(Argued March 5, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*George F. Yeoman* for appellant.

*J. A. Stull* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.

---

EMMA E. McCABE et al., Respondents, *v.* THE CITY OF BUFFALO, Appellant.

*McCabe* v. *City of Buffalo*, 75 Hun, 612, affirmed.
(Argued March 5, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frank R. Perkins* for appellant.

*Ansley Wilcox* for respondents.

Judgment affirmed, with costs; no opinion
All concur, except HAIGHT, J., not sitting.